UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN CARL WESTEREN, M.D., | Case No.:  26-cv-3596-AJB-DEB |
| Plaintiff, | **ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| CITY OF SAN DIEGO, *et al.*, | **(Doc. No. 11)** |
| Defendants. | |

On July 14, 2026, Defendants City of San Diego, SDPD Officer Richard E. Wright, SDPD Officer Michael D. Henry, and SDPD Officer Hector Sanchez (collectively "Defendants") filed a Motion to Dismiss Plaintiff's Original Complaint. (Doc. No. 11.) The Court finds the matter suitable for determination on the papers and without oral argument pursuant to Local Civil Rule 7.1.d.1. For the reasons stated herein, Defendants' Motion is **DENIED AS MOOT**.

Federal Rule of Civil Procedure 15(a) authorizes a party to amend its pleading once as a matter of course no later than twenty-one days after service of the complaint. *See* Fed. R. Civ. P. 15(a)(1)(A); *Ramirez v. Cnty. of San Bernadino*, 806 F.3d 1002, 1007–08 (9th Cir. 2015). Once a party files an amended pleading, "the general rule is that an amended complaint supersedes the original complaint and renders it without legal effect." *Lacey v.*

1

*Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc). As a result, filing an amended complaint generally moots a pending motion to dismiss. *See, e.g.*, *Ramirez*, 806 F.3d at 1008 ("Because the Defendants' motion to dismiss targeted the Plaintiff's First Amended Complaint, which was no longer in effect, we conclude that the motion to dismiss should have been deemed moot.").

Here, Plaintiff filed the First Amended Complaint (Doc. No. 9) within twenty-one days of serving the Original Complaint on Defendants (*see* Doc. Nos. 5–8). The First Amended Complaint, therefore, superseded the Original Complaint, and the Original Complaint is no longer operative. *See Falck N. Cal. Corp. v. Scott Griffith Collaborative Sols., LLC*, 25 F.4th 763, 765 (9th Cir. 2022). Because the court concludes that Defendants' Motion to Dismiss pertains to the Original Complaint, which is no longer operative, the Motion to Dismiss (Doc. No. 11) is **DENIED AS MOOT** *(see* 11-1 at 5). This denial is without prejudice to Defendants filing a timely motion to dismiss directed at the amended complaint.

**IT IS SO ORDERED.**

Dated:  July 16, 2026

Hon. Anthony J. Battaglia
United States District Judge

26-cv-3596-AJB-DEB